# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGILIO HERNANDEZ-PUGA,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>BERNIE ELLIS,<br><br>　　　　　　Respondent. | 1:05-cv-0501-OWW-TAG HC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 7)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 1)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

　　　On April 15, 2005, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in this Court. (Doc. 1).

　　　On February 8, 2006, Respondent filed a motion to dismiss the petition on the grounds that Petitioner died on August 7, 2005. (Doc. 6). On April 12, 2006, the Magistrate Judge assigned to the case filed a Report and Recommendation recommending Respondent's motion to dismiss be granted. (Doc. 7). This Report and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty days from the date of service of that order. To date, the parties have not filed timely objections to the Report and Recommendation.

　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Report and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation, filed April 12, 2006 (Doc. 7) is ADOPTED IN FULL;
2. This petition for writ of habeas corpus (Doc. 1) is DISMISSED; and
3. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **June 24, 2006**                              **/s/ Oliver W. Wanger**
emm0d6                                          UNITED STATES DISTRICT JUDGE